61 A.3d 189

**CITY OF ALLENTOWN, Petitioner**

v.

**PENNSYLVANIA OFFICE OF OPEN RECORDS**
**(Denis V. BRENAN), Respondents.**

Supreme Court of Pennsylvania.

Jan. 29, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of January 2013, the Petition for Allowance of Appeal is **DENIED.**

The Application for Leave to File Post–Submission Communication is also **DENIED.**